UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1661-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Jordan Blake** ) | |

On January 11, 2012, Jordan Blake appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1) and 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on January 23, 2013, the court finds as a fact that Jordan Blake, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months.

**ADDITIONALLY, IT IS ORDERED** that the defendant receive credit for time served commencing on December 19, 2012, when he was arrested in Cumberland County, North Carolina, on drug offenses that were the basis of the revocation.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of January, 2013.

_____
James E. Gates
United States Magistrate Judge